OPINION — AG — ** WORKER'S COMPENSATION — EMPLOYEES ** (1) MUNICIPAL HOSPITALS WHICH ARE OPERATED BY PUBLIC TRUSTS ARE REQUIRED TO CARRY WORKERS' COMPENSATION INSURANCE ON EACH OF THEIR EMPLOYEES, AND SUCH INSURANCE MUST BE CARRIED WITH THE STATE INSURANCE FUND. (2) MUNICIPAL HOSPITAL TRUSTS MAY NOT OBTAIN WORKERS' COMPENSATION INSURANCE THROUGH PRIVATE INSURANCE CARRIERS. (GOVERNMENTAL FUNCTION) CITE: 85 O.S. 149 [85-149](A), 85 O.S. 2 [85-2](B) (JOHN PAUL JOHNSON)